IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-mc-93

| | | |
|---|---|---|
| In Re: | ) ) ) | ORDER |
| KEVIN BRIDGEWATER | ) ) ) | |

**THIS MATTER** is before the Court for summary contempt proceedings, pursuant to 18 U.S.C. § 401(1) and Fed. R. Crim. P. 42(b).

The Court certifies the following: on May 22, 2018, the Court was proceeding with the probation revocation hearing of Cheryl Jones, Case No. 3:15-cr-229. During the hearing, the Court was talking with the lawyer for Ms. Jones about facts important to the resolution of the hearing. Mr. Bridgewater, the son of Ms. Jones, got up from his seat in the first row of the gallery; gestured in disgust by waiving his hand and yelling something; and then slammed the back door of the courtroom as he exited abruptly. The Court observed all of this disruptive conduct and finds that it obstructed the administration of justice by impairing the Court's ability to have a conversation with the lawyer about serious matters respecting the revocation hearing. Accordingly, summary contempt proceedings were necessary to maintain order in the courtroom.

**IT IS, THEREFORE, ORDERED** that the Kevin Bridgewater is found in contempt of court and sentenced to one night's imprisonment.

Signed: May 23, 2018

Robert J. Conrad, Jr.
United States District Judge